UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PERCY JASPER,

    Plaintiff,

v.                                                CASE NO. 8:16-cv-727-T-23AEP

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER**

In this appeal from the denial of Supplemental Security Income, Magistrate Judge Porcelli recommends (Doc. 19) reversing the Commissioner's decision. More than fourteen days passed, and no objection to Magistrate Judge Porcelli's report and recommendation appears. The report and recommendation (Doc. 19) is **ADOPTED**, and the clerk is directed (1) to enter judgment for Percy Jasper and against the Commissioner of Social Security, (2) to remand the action to the Commissioner for further proceedings consistent with this order and with the Magistrate Judge's report, and (3) to close the case.

ORDERED in Tampa, Florida, on February 16, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE