UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PERCY JASPER,

    Plaintiff,

v.                                                CASE NO. 8:16-cv-727-T-23AEP

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

    The plaintiff, who prevailed in this Social Security appeal, moves (Doc. 23) unopposed for an attorney's fee of $1,840.32 under the Equal Access to Justice Act. Magistrate Judge Porcelli recommends (Doc. 24) granting the motion, and no objection appears. The report and recommendation (Doc. 24) is **ADOPTED**, and the motion (Doc. 23) for an attorney's fee is **GRANTED**. The clerk is directed to enter judgment for the plaintiff in the amount of $1,840.32.

    ORDERED in Tampa, Florida, on May 12, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE